United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**DENNIS JACOBS**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: July 03, 2012
Docket #: 12-2294mv
Short Title: Cuevas v. Citizens Financial Group, Inc.

DC Docket #: 10-cv-5582
DC Court: EDNY (BROOKLYN)
DC Judge: Levy
Block

### NOTICE OF MOTION PLACED ON THE CALENDAR

A motion for leave to appeal filed in the above-referenced case has been added as a submitted case to the substantive motions calendar for Tuesday, July 17, 2012.

Inquiries regarding this case may be directed to 212-857-8595.